**Frank LORE, Appellant,**

v.

**R. P. BALKCOM, Jr., Warden, Georgia State Prison, Appellee.**

**No. 22461.**

United States Court of Appeals
Fifth Circuit.

Jan. 28, 1966.

Thomas F. Walsh, Savannah, Ga., for appellant.

Peyton S. Hawes, Jr., Asst. Atty. Gen., Albert Sidney Johnson, Asst. Atty. Gen., Arthur K. Bolton, Atty. Gen., Atlanta, Ga., for appellee.

Before GEWIN and BELL, Circuit Judges, and HUGHES, District Judge.

PER CURIAM:

The Court is of the opinion that no federal question is presented by this appeal. The judgment is affirmed.

---

**UNITED STATES of America**

v.

**Harold KONIGSBERG, Anthony Stassi, Joseph Lucignano, Edward Skowron, Armand Colianni, Alias Artie Colianni, Ignazio Denaro, Alias Ignatius Denaro, Alias Mr. Ignatius, Angelo Bruno Annaloro, Alias Angelo Bruno, Alias A. B. Joseph Lucignano, Appellant.**

**UNITED STATES of America**

v.

**Harold KONIGSBERG, Anthony Stassi, Joseph Lucignano, Edward Skowron, Armand Colianni, Alias Artie Colianni, Ignazio Denaro, Alias Ignatius Denaro, Alias Mr. Ignatius, Angelo Bruno Annaloro, Alias Angelo Bruno, Alias A. B. Edward Skowron, Appellant.**

**Nos. 15224, 15225.**

United States Court of Appeals
Third Circuit.

Argued Oct. 4, 1965.

Decided Jan. 27, 1966.

Michael A. Querques, and Daniel E. Isles, Orange, N. J., for appellants.

J. Shane Creamer, First Asst. U. S. Atty., Philadelphia, Pa., Drew J. T. O'Keefe, U. S. Atty., Philadelphia, Pa., for appellee.

Before BIGGS, Chief Judge, and MARIS and STALEY, Circuit Judges.

PER CURIAM.

We have examined carefully each point raised by the defendants-appellants and the testimony given before the grand jury by Zavod and Kaplan has been read and weighed in the light of the record of the trial. See United States v. Boyance, 329 F.2d 372 (3 Cir. 1964) and United States v. Bertucci, 333 F.2d 292 (3 Cir. 1964). We find no error in the proceedings in the court below. Consequently the judgments of conviction will be affirmed.